# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137607(50)

CHARLES ALLEN and LISA ALLEN,
     Plaintiffs-Appellees,

v

BLOOMFIELD HILLS SCHOOL DISTRICT,
     Defendant-Appellant.

_____

SC: 137607
COA: 275797
Oakland CC: 2005-070739-NI

On order of the Chief Justice, the motion by plaintiffs-appellees for extension of time for filing their supplemental brief is considered and, it appearing the brief was filed August 11, 2009, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2009

_____
Clerk